## CONLEY v. CONLEY and Others.

APPEAL from the *Wayne* Court of Common Pleas. *Per Curiam.*—The judgment in this case is affirmed with costs, upon the authority of *Holland* v. *Moody,* 12 Ind. R. 170.

*C. H. Test, J. M. Wilson,* and *J. B. Julian,* for the appellant.

*O. P. Morton* and *C. H. Burchenal,* for the appellees.